IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRIAN BAIRD,** | ) | CASE NO.   8:05CV289 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **MEDTRONIC,** | ) | |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 9 be stricken from the record for the following reason:

- Incorrect event used.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 9 from the record.

DATED this 20th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge