# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRIAN BAIRD,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV289 |
| | ) | |
| v. | ) | |
| | ) | |
| **MEDTRONIC,** | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The records of the court show that on June 24, 2005, a letter (filing 24) was sent to attorney William Z. Pentelovitch from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of August 8, 2005, the attorney has not complied with this request. Accordingly,

**IT IS ORDERED** that, on or before **August 18, 2005**, attorney William Z. Pentelovitch is to register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

**DATED August 9, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**