IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRIAN BAIRD,** | ) | **CASE NO. 8:05CV289** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **MEDTRONIC, INC., a Minnesota corporation,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Stipulation of Dismissal filed by the parties. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Stipulation of Dismissal (Filing No. 34) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney's fees.

Dated this 28th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge